UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation, et al., <br><br>  Plaintiffs, <br>  v. <br>VANESSA MALACARA, <br>  Defendant. | 1:06-cv-00630-OWW-SMS <br><br>ORDER **VACATING HEARING SET FOR MARCH 2, 2007**, ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND DEEMING THE MOTION SUBMITTED ON THE PAPERS (DOCS. 17, 23) |

Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(19) and 72-303.

Pending before the Court is Plaintiffs' motion for a default judgment against Defendant Vanessa Malacara, filed on November 20, 2006, and re-noticed as an amended motion on December 7, 2006, including a notice of motion and motion, a declaration of Thomas Kerr with attachments, and a proposed order.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiffs for entry of a default judgment is a matter that may appropriately be submitted upon the record and briefs.

1

Accordingly, the hearing on the motion, presently set for March 2, 2007, IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

IT IS SO ORDERED.

**Dated:   February 22, 2007**                     /s/ Sandra M. Snyder
icido3                                          UNITED STATES MAGISTRATE JUDGE