UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS, INC., a Delaware corporation, | 1:06-cv-00630-OWW-SMS |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| v. | (Docs. 17 & 23) |
| VANESSA MALACARA, | |
| Defendant. | |

Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19) and 72-303.

Pending before the Court is Plaintiffs' motion for default judgment against Defendant Vanessa Malacara, filed November 20, 2006, and re-noticed on December 7, 2006 as an amended motion, including a notice of motion and motion, a declaration with attachments, and a proposed order.

On February 27, 2007, the Magistrate Judge filed Findings and Recommendation that Plaintiffs' motion for default judgment against Defendant Vanessa Malacara be granted. The Findings and

1

Recommendation were served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and <u>Britt v. Simi Valley United School Dist</u>., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed February 27, 2007, are ADOPTED IN FULL;

2. Plaintiffs' motion for default judgment against Defendant Vanessa Malacara is GRANTED;

3. The Clerk of Court enter judgment in favor of Plaintiffs and against Defendant Vanessa Malacara in the amount of $5,250.00 in statutory damages and $420.00 in costs; and,

4. The Clerk of Court enter judgment in favor of Plaintiffs and against Defendant Vanessa Malacara enjoining Defendant from directly or indirectly infringing Plaintiffs' rights in the copyrighted sound recordings and any copyrighted sound recording, whether now in existence or later created, which is owned or controlled by Plaintiffs ("Plaintiffs' recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) or copy any of Plaintiffs' recordings, to distribute (i.e., upload) any

of Plaintiffs' recordings, or to make any of Plaintiff's recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs; and, Defendant shall also destroy all copies of Plaintiffs' recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization, and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

IT IS SO ORDERED.

**Dated:  April 27, 2007**               /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE